UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 14-292-MWF(ASx)**  Dated: **March 10, 2015**

Title:  Terry Polk -*v*- OSI Electronics, Inc. et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):     COURT ORDER

In light of the Notice of Settlement filed March 4, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **April 6, 2015 at 11:30 a.m.** If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. **All other dates are hereby vacated.**

**IT IS SO ORDERED.**

MINUTES FORM 90                                        Initials of Deputy Clerk   cw
CIVIL - GEN